UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARK HOBRATSCHK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0118(RJL) |
| | ) | (ECF) |
| **LOUIS MOUNT, an individual in his personal** | ) | |
| personal capacity | ) | |
| | ) | |
| **WENDELL SHINGLER, in his individual** | ) | |
| and official capacity | ) | |
| | ) | |
| **MARK MCCLELLAN, in his individual** | ) | |
| and official capacity | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## **PRAECIPE**

Defendant requests that the Clerk of the Court please **enter the appearance** of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

                          Respectfully submitted,

                          _____s_____
                          Benton G. Peterson, Wis. Bar No. 1029849
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 4th Street, N.W. – Civil Division
                          Washington, D.C.  20530
                          (202) 514-7238
                          Benton.Peterson@usdoj.gov

CERTIFICATE OF SERVICE

I certify that the foregoing was served upon plaintiff, addressed to:

**Andrew Rodriguez**

R38020-054
ELKTON FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 10
Lisbon, OH 44432


on this __20th__ day of March, 2006.


_____/s/_____
**BENTON G. PETERSON**
**Assistant United States Attorney**