AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MARK HOBRATSCHK
v.
LOUIS MOUNT,
ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00118

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 01/19/2006

TO: (Name and address of Defendant)

LOUIS MOUNT
EMPLOYEE OF
FEDERAL PROTECTIVE SRVC.

* OFFICIAL CAPACITY *

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

MARK HOBRATSCHK
31790 US HWY. 19 N.
APT. 245
PALM HARBOR, FL.
34684

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_M. Higgins_
(By) DEPUTY CLERK

JAN 19 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>March 24, 2006 @ 5:30 pm |
| NAME OF SERVER (PRINT)<br>Susan Hall | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 605 Harvest Court, Bel Air, MD 21014

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$55.00 | TOTAL<br>$55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/06
             Date

Signature of Server
Atlantic Legal
P O Box 595
Bel Air, MD 21014   (410) 879-5803
*Address of Server*

Served upon Louis Michael Mount in individual capacity

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MARK HOBRATSCHK
v.
LOUIS MOUNT,
ET AL

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00118

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 01/19/2006

TO: (Name and address of Defendant)

Louis MOUNT, EMPLOYEE
FEDERAL PROTECTIVE SRVC.

\* INDIVIDUAL CAPACITY \*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE  (name and address)
MARK HOBRATSCHK
31790 US HWY. 19 N.
APT. 245
PALM HARBOR, FL.
34684

an answer to the complaint which is served on you with this summons, within \_\_60\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK    M. Higgins

JAN 1 9 2006

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 24, 2006 @ 5:30 pm |
| NAME OF SERVER *(PRINT)* Susan Hall | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   605 Harvest Court
                                                              Bel Air, MD   21014

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/24/06
              Date

Signature of Server
Atlantic Legal
PO Box 595
Bel Air, MD   21014   (410) 879-5803
*Address of Server*

Served upon Louis Michael Mount in official capacity

**RECEIVED**
APR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | H

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0002 1822 3445
Status: **Delivered**

Your Item was delivered at 10:46 am on April 07, 2006 in WASHINGTON, DC 20528.

(Additional Details >)   (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. (Go >)

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy