**RECEIVED**

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARK HOBRATSCHK** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 1:06CV00118 RJL |
| | ) | |
| **LOUIS MOUNT, et al.** | ) | |
| Defendants | ) | |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff, representing himself *pro se*, hereby notifies all parties of change of his address:

2360A Newburg Lane, Safety Harbor, FL  34695
(727)-729-7776 (phone or fax)

Respectfully submitted this 18th day of April, 2006.

Mark Hobratschk, MPA, JD, Plaintiff
2360A Newburg Lane, Safety Harbor, FL  34695
(727)-729-7776 (phone or fax)

## CERTIFICATE OF MAILING

I certify that on April 18, 2006, a true and correct copy of the foregoing was sent via first class U.S. mail, postage prepaid, to the following:

U.S. Attorney,
555 4th Street, N.W.
Washington, D.C.  20530

Mark Hobratschk, MPA, JD, Plaintiff