UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK HOBRATSCHK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0118(RJL) |
| | ) (ECF) |
| **LOUIS MOUNT, in his individual** | ) |
| **capacity** | ) |
| | ) |
| **WENDELL SHINGLER, in his individual** | ) |
| **and official capacity** | ) |
| | ) |
| **MARK MCCLELLAN, in his individual** | ) |
| **and official capacity** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time of fifteen days to May 4, 2005, to respond to plaintiff's Complaint.  Good cause exists to grant this motion:

1. Under the order currently governing proceedings in this case, defendants' response to the Complaint is due June 12, 2006.

2. Plaintiff has brought this action alleging a violation of his constitutional rights.  The defendants are federal officials who are being sued in their individual capacities.

3. Defendants need additional time to prepare a response to the Complaint.  This time is needed because of the heavily tasked schedule of defendant's counsel following a series unanticipated discovery motion hearings in other matters and preparation as lead counsel for a jury trial in Moore v. Billington, C.A. 04-2253 that is scheduled to begin at the end of this month.

4. Accordingly, federal defendants request an extension of time to July 12, 2006 to respond to plaintiff's Complaint. This should provide adequate time to address any remaining representation issues and to complete a consolidated response on behalf of all defendants.

5. By way of this motion for an extension of time, defendants submit that they have not waived any defense or defenses available to them under Rule 12 or otherwise, including immunity from suit.

6. Counsel for the defendants attempted to contact pro se plaintiff but has been unable to receive his position on this motion as of the date this filing.

WHEREFORE, defendants request that their Motion for Extension of Time be granted, and that the date for filing a response to plaintiff's Complaint be extended to July 12, 2006.

June 8, 2006

                        Respectfully submitted,

                        _____
                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                        United States Attorney

                        _____
                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                        Assistant United States Attorney

                        _____
                        BENTON G. PETERSON, WI. Bar #1029849
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th Street, N.W. – Civil Division
                        Washington, D.C. 20530
                        (202) 514-7238 514-8780 (Facsimile)
                        Benton.Peterson@usdoj.gov