UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK HOBRATSCHK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0118(RJL) |
| | ) (ECF) |
| **LOUIS MOUNT, in his individual** | ) |
| **capacity** | ) |
| | ) |
| **WENDELL SHINGLER, in his individual** | ) |
| **and official capacity** | ) |
| | ) |
| **MARK MCCLELLAN, in his individual** | ) |
| **and official capacity** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time of two weeks, to respond to plaintiff's Complaint. Good cause exists to grant this motion:

1. Under the order currently governing proceedings in this case, defendants' response to the Complaint is due July 12, 2006.

2. Plaintiff has brought this action alleging a violation of his constitutional rights. The defendants are federal officials who are being sued in their individual capacities.

3. Defendants need additional time to prepare a response to the Complaint. This time is needed because of the heavily tasked schedule of defendant's counsel following another series unanticipated discovery matters and motion hearings in other matters and the illness of agency counsel assigned to this matter. It is necessary for the undersigned to consult with agency counsel

to finalize the dispositive motion in this matter.

4. Accordingly, federal defendants request an extension of time to July 27, 2006 to respond to plaintiff's Complaint. This time should provide adequate time to address any remaining representation issues and to complete a consolidated response on behalf of all defendants.

5. By way of this motion for an extension of time, defendants submit that they have not waived any defense or defenses available to them under Rule 12 or otherwise, including immunity from suit.

6. Counsel for the defendants attempted to contact pro se plaintiff but has been unable to receive his position on this motion as of the date of this filing.

WHEREFORE, defendants request that their Motion for Extension of Time be granted, and that the date for filing a response to plaintiff's Complaint be extended to July 27, 2006.

July 10, 2006

                                  Respectfully submitted,

                                  _____
                                  KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                  United States Attorney

                                  _____
                                  RUDOLPH CONTRERAS, D.C. Bar # 434122
                                  Assistant United States Attorney

                                  _____
                                  BENTON G. PETERSON, WI. Bar #1029849
                                  Assistant United States Attorney
                                  Judiciary Center Building
                                  555 4th Street, N.W. – Civil Division
                                  Washington, D.C. 20530
                                  (202) 514-7238 514-8780 (Facsimile)
                                  **Benton.Peterson@usdoj.gov**