## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK HOBRATSCHK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 06-0118(RJL)** |
| | ) **(ECF)** |
| **LOUIS MOUNT, in his individual** | ) |
| **capacity** | ) |
| | ) |
| **WENDELL SHINGLER, in his individual** | ) |
| **and official capacity** | ) |
| | ) |
| **MARK MCCLELLAN, in his individual** | ) |
| **and official capacity** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

ORDER

Upon consideration of Defendants' Motion for an extension of time to respond to Plaintiff's complaint and the entire record in this case, and it appearing to the Court that the grant of Defendants' motion would be just and proper at this time, it is hereby

ORDERED that Defendants have until and including July 27, 2006 to file its response to Plaintiff's complaint.

_____

UNITED STATES DISTRICT COURT JUDGE