IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Hobratschk, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The United States, )<br>)<br>)<br>)<br>)<br>Defendant. )<br>) | Case No. 06cv0118 (RJL) |

DECLARATION OF
ALEXANDRA MEIGHAN

1. I am an Attorney in the General Law Division, Office of the General Counsel, Department of Health and Human Services (the "Department"). As such, I am familiar with the official records of administrative tort claims maintained by the Department as well as with the system by which those records are maintained.

2. The Department's Claims Branch maintains a computerized database which holds records of all administrative tort claims filed with the Department.

3. As a consequence, if a tort claim had been filed with the Department with respect to the above named Plaintiff, Mr. Hobratschk, a record of that filing would be maintained in the Claims Branch's database.

4. I caused a search of the Claims Branch's database to be conducted and found no record of an administrative tort claim filed by Mr. Hobratschk or his authorized representative.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this 26th day of July, 2006.

*Alexandra Meighan*

Alexandra Meighan
Attorney, Claims and Employment Law Branch
General Law Division
Office of the General Counsel
Department of Health and Human Services