IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK HOBRATSCHK )
     Plaintiff )
)
v. ) Civil No. 1:06CV00118 *RJL*
)
LOUIS MOUNT, et al. )
     Defendants )

## MOTION FOR EXTENSION OF TIME

Plaintiff, representing himself *pro se*, hereby requests the court to extend the time to respond to the Defendants' Motion to Dismiss until September 15, 2006. The purpose for this lengthy extension is that Plaintiff is currently undergoing medical treatment for a herniated disc and has great difficulty typing.

Since a spinal cord injury in 1994, Plaintiff has suffered from ankylosing spondylitis, a severe and crippling disability that affects the spine and major organs such as the heart, lungs, liver, and eyes. From time to time throughout this litigation, he will likely need similar minor accommodations. It was Defendants' initial insistence that Plaintiff was not disabled, mocking of his disability, and refusal to provide accommodation (i.e. lifting the hood of this car) that is the direct cause of this litigation. Defendants' have made every effort to cover-up for their colossal blunder and retaliate against Plaintiff for written complaints seeking corrective action.

Defendants' state they do not object to this extension, as Plaintiff did not object to counsel's extension of over 50 days to respond to the Complaint.

RECEIVED

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted this 5th day of August, 2006.

Mark Hobratschk, MPA, JD, Plaintiff
2360A Newburg Lane
Safety Harbor, FL 34695
(727)-729-7776 (phone or fax)

## CERTIFICATE OF MAILING

I certify that on August 5, 2006, a true and correct copy of the foregoing was sent via facsimile transmission to the following:

Benton Peterson, Assistant U.S. Attorney
U.S Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202)-514-8780 (facsimile)

Mark Hobratschk, MPA, JD, Plaintiff