UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK HOBRATSCHK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0118(RJL) |
| | ) (ECF) |
| **LOUIS MOUNT, in his individual** | ) |
| **capacity** | ) |
| | ) |
| **WENDELL SHINGLER, in his individual** | ) |
| **and official capacity** | ) |
| | ) |
| **MARK MCCLELLAN, in his individual** | ) |
| **and official capacity** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' MOTION**
**FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time of ten days, to respond to plaintiff's Complaint. Good cause exists to grant this motion:

1. Under the order currently governing proceedings in this case, defendants' response to the Opposition to defendants' Motion to Dismiss is due September 27, 2006.

2. Plaintiff has brought this action alleging a violation of his constitutional rights. The defendants are federal officials who are being sued in their individual capacities.

3. Defendants need additional time to prepare a response to the Opposition to defendants' Motion to Dismiss. This time is needed in part due to the extension of time granted to Plaintiff, several unexpected Court obligations in addition to a heavily tasked schedule of defendant's counsel including multiple depositions (*Kundra v. Abraham*, 04-0480) and an extensive dispositive motion

in a putative class action ( *Moore v. Chertoff* , 00-953).   Furthermore, it will be necessary for the undersigned to coordinate  with agency counsel to finalize the response to plaintiff's Opposition .

4.  Accordingly, federal defendants request an extension of time to October 10, 2006 to respond to plaintiff's Opposition to defendants' Motion to Dismiss.

5. *Pro Se* plaintiff  has consented to this extension of time.

WHEREFORE, defendants request that their Motion for Extension of Time be granted, and that the date for filing a response to plaintiff's Opposition to defendants' Motion to Dismiss  be extended to October 10, 2006

September 25, 2006

                         Respectfully submitted,

                         _____
                         KENNETH L. WAINSTEIN, D.C. BAR # 451058
                         United States Attorney

                         _____
                         RUDOLPH  CONTRERAS, D.C. Bar #  434122
                         Assistant United States Attorney

                         _____
                         BENTON G. PETERSON, WI. Bar #1029849
                         Assistant United States Attorney
                         Judiciary Center Building
                         555 4th Street, N.W. – Civil Division
                         Washington, D.C.  20530
                         (202) 514-7238 514-8780 (Facsimile)
                         **Benton.Peterson@usdoj.gov**

## CERTIFICATE OF SERVICE

      I hereby certify that on this day of September 22, 2006, I caused the foregoing motion for extension of time  to be served on *pro se* plaintiff, postage prepaid, addressed as follows:


**MARK HOBRATSCHK**
2360A Newburg Lang
Safety Harbor, FL 34695
(727) 729-7776

                                                                     _____

                                                                     BENTON G. PETERSON,

                                                                     Assistant United States Attorney