IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MARK HOBRATSCHK )<br>      Plaintiff )<br>)<br>v. )<br>)<br>LOUIS MOUNT, et al. )<br>      Defendants ) | Civil No. 1:06CV00118 RJL |

## MOTION TO STRIKE FALSE STATEMENTS BY DEFENDANTS

Plaintiff, representing himself *pro se*, hereby petitions the Court to strike statements by Defendants that are proven herein to be false.

In Defendants' Response to Plaintiff's Opposition (to their Motion to Dismiss), Defendants incredibly assert that jurisdiction is lacking in Washington, DC because Plaintiff is only banned from buildings in Maryland. This statement is wholly false as shown in Exhibit 1, a March 26, 2003 letter from U.S. Attorney Huesman to the Honorable Benson E. Legg.

In this letter, Huesman states that Hobratschk is "permanently barred from entering all premises occupied by the Centers for Medicare & Medicaid Services." Thus, Plaintiff is barred from CMS facilities in Washington, DC, or any state in this nation. Therefore, this Court (or any other in this nation) has jurisdiction over the felonious conduct of Defendants in the fabrication of terrorist threats to silence legitimate critics.

When informed on the falsity of his statements, counsel Benton Peterson acknowledged via October 17, 2006 e-mail that he failed to check the facts before making such a reckless assertion to this Court. Counsel indicated he would check the facts and respond, but has yet to do so. This action thus should further demonstrate the lack of credibility and culture of fraud that so infects the attorneys involved in Plaintiff's case from its inception.

Defendants' McCarthyistic conduct has been soundly rejected by the voters on November 7, 2006. It should likewise not be tolerated by any Federal court, as Defendants' blatant criminality deserves the same fate as their fabricating colleagues in northern California, namely two years in Federal prison.

For these reasons, Plaintiff petitions the Court to strike counsel's false statements regarding the lobbying ban imposed on Plaintiff and not give it any weight in ruling upon Defendants' Motion to Dismiss. Plaintiff has jurisdiction in this Court as he is banned from Federal buildings in Washington, DC.

Respectfully submitted this 11th day of November, 2006.

Mark Hobratschk, MPA, JD, Plaintiff
2360A Newburg Lane
Safety Harbor, FL 34695
(727)-729-7776 (phone or fax)

## CERTIFICATE OF MAILING

I certify that on November 11, 2006, a true and correct copy of the foregoing was sent via facsimile transmission to the following:

Benton Peterson, Assistant U.S. Attorney
U.S Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202)-514-8780 (facsimile)

Mark Hobratschk, MPA, JD, Plaintiff

**U.S. Department of Justice**

United States Attorney
District of Maryland
Northern Division

---

*Thomas M. DiBiagio*
*United States Attorney*

*Jennifer L. Huesman*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4948*
*FAX 410-962-2310*

March 26, 2003

The Honorable Benson E. Legg
Chief Judge, United States District Court
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: Hobratschk v. United States, et. al.
        <u>Civil No. L-02-2125 & L-02-4187</u>

Dear Judge Legg:

    I am writing in response to your request for a clarification of the ban placed against Mark Hobratschk by the Centers of Medicare and Medicaid Services ("CMS"). Mr. Hobratschk has been permanently barred from entering <u>all</u> premises occupied by the Centers for Medicare & Medicaid Services. In addition, Mr. Hobratschk (or anyone on his behalf) is prohibited from mailing or delivering any package or letter to any premise occupied by CMS.

    CMS considers the actions of Mr. Hobratschk on December 5, 2001 to be a serious threat to the security of the Agency. Any attempt by Mr. Hobratschk to enter any premises occupied by CMS, to threaten CMS employees or mail/deliver any packages or letters to CMS will be referred to the appropriate law enforcement facilities.

    Naturally, should you have any questions regarding this matter, please do not hesitate to contact me.

                        Very truly yours,

                        Thomas M. DiBiagio
                        United States Attorney

                        Jennifer L. Huesman
                        Assistant United States Attorney