UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK HOBRATSCHK, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, et al., )<br>    Defendants. )<br>_____) | Civil Action No. 06-0118-(RJL)<br>(ECF) |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff's Motion to Strike, Defendant's Opposition thereto, any Reply, and the entire record of this case, it is this \_\_\_\_ day of _____, 2007.

ORDERED that the Plaintiff's Motion to Strike is DENIED.

_____
UNITED STATES DISTRICT JUDGE