UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARK HOBRATSCHK   )
                 )
    Plaintiff,   )
                 )
        v.       )   Civil Case No. 06cv0118 (RJL)
                 )
LOUIS MOUNT, *et al.*, )
                 )
    Defendants. )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 6th day of March 2007, hereby

**ORDERED** that [#8] Defendants' Motion to Dismiss is GRANTED; and the case is DISMISSED with prejudice; and it is further

**ORDERED** that [#13] Plaintiff's motion to strike is DENIED as moot.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge